# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ELIZABETH IRENE MILSAP,  

               Plaintiff,

   v.

KILOLO KIJAKAZI,  
Acting Commissioner of Social Security,

               Defendant.

_____/

Case No. 1:22-cv-00462-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

### ORDER

Plaintiff, Elizabeth Irene Milsap, filed a complaint on April 19, 2022, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.    The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:  __April 21, 2022__          _____/s/ Sheila K. Oberto_____  
                                     UNITED STATES MAGISTRATE JUDGE